United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WESTERN SKY HOTSHOTS, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3842329** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>Number, Street, City, State & ZIP Code<br><br>**MOHAVE**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

**11. Why is the case filed in this district?**     Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**      .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000             ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                    ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 23, 2025__
              MM / DD / YYYY

**X** __/s/ LONNIE S. GREEN__                          __LONNIE S. GREEN__
    Signature of authorized representative of debtor      Printed name

                                                       _____
                                                       Email Address of debtor

    Title   **MANAGING MEMBER**

**18. Signature of attorney**

**X** __/s/ Allan D. NewDelman__                Date   __July 23, 2025__
    Signature of attorney for debtor                   MM / DD / YYYY

    **Allan D. NewDelman 004066**
    Printed name

    **ALLAN D. NEWDELMAN, P.C.**
    Firm name

    **80 EAST COLUMBUS AVENUE**
    **PHOENIX, AZ 85012**
    Number, Street, City, State & ZIP Code

    Contact phone  **602-264-4550**      Email address  **anewdelman@adnlaw.net**

    **004066 AZ**
    Bar number and State

Debtor name     **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __**July 23, 2025**__          X */s/* **LONNIE S. GREEN**
                                            Signature of individual signing on behalf of debtor

                                            **LONNIE S. GREEN**
                                            Printed name

                                            **MANAGING MEMBER**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADAN REPAIR 4350 NORTH ARIZONA STREET KINGMAN, AZ 86409** | | **REPAIR SERVICES** | | | | **$5,049.26** |
| **AMERICAN EXPRESS/AMAZON BUSINESS PO BOX 60189 CITY OF INDUSTRY, CA 91716-0189** | | **CREDIT CARD** | | | | **$2,948.00** |
| **ARIZONA DEPARTMENT OF ECONOMIC SECURITY PO BOX 6028 MAIL DROP 5881 PHOENIX, AZ 85005-6028** | | **UNEMPLOYMENT TAX** | | | | **$770.00** |
| **ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE AZ ATTORNEY GENERAL 2005 NORTH CENTRAL AVENUE #100 PHOENIX, AZ 85004-1546** | | **TPT** | | | | **$4,000.00** |
| **BIBERK NET PO BOX 113247 STAMFORD, CT 06911** | | **INSURANCE PREMIUM** | | | | **$6,582.00** |

Debtor **WESTERN SKY HOTSHOTS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2009 STERLING LT9500 WATER TRUCK WITH 78,540 MILES VIN: 2FZHAZDE99AAL7467 | | $63,889.00 | $60,000.00 | $3,889.00 |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2016 FREIGHTLINER M-2 4000 GALLON WATER TRUCK WITH 305,475 MILES VIN: 3ALHCYCY2GDHP6276 | | $90,110.00 | $89,000.00 | $1,110.00 |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2013 PETERBUILT 365 DUMP TRUCK WITH 178,237 MILES VIN: 1NPSL7OXODD210823 | | $217,696.00 | $160,000.00 | $57,696.00 |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2003 INTERNATIONAL 7600 WATER TRUCK WITH 164,893 MILES VIN: 1HTWYATT43J081214 | | $84,108.00 | $50,000.00 | $34,108.00 |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2017 FREIGHTLINER 4000 GALLON WATER TRUCK WITH 350,092 MILES VIN: 3ALHCYCY8HDHY0687 | | $132,795.00 | $100,000.00 | $32,795.00 |
| GLOBAL FINANCIAL & LEASING SERVICES 9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260 | | 2020 DOOSAN TOWABLE GENERATOR AFIXED TO ITS TRAILER VIN: 4FVGCBAA6LU497502 | | $40,473.00 | $25,000.00 | $15,473.00 |
| H&E EQUIPMENT SERVICES 7500 PECUE LANE BATON ROUGE, LA 70809 | | EQUIPMENT RENTAL | | | | $60,183.08 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | 940/941 | | | | $50,000.00 |
| LOFFS LLC 14519 WEST VENTURA STREET SURPRISE, AZ 85379 | | REPAIR SERVICES | | | | $2,176.92 |
| MADCO RENTALS 704 WEST HAPPY VALLEY ROAD PHOENIX, AZ 85085 | | JUDGMENT | | | | $165,000.00 |
| PROGRESSIVE INSURANCE / UNITED FINANCIAL PO BOX 94739 CLEVELAND, OH 44101 | | INSURANCE PREMIUM | | | | $3,696.58 |
| ROC TEXMO OIL LLC / REBEL OIL PO BOX 103342 PASADENA, CA 91189-3342 | | FUEL SUPPLIER | | | | $13,763.89 |
| SUNBELT RENTALS PO BOX 409211 ATLANTA, GA 30384-9211 | | EQUIPMENT RENTAL | | | | $8,589.76 |
| SUNSTATE EQUIPMENT COMPANY 5552 EAST WASHINGTON STREET PHOENIX, AZ 85034 | | EQUIPMENT RENTAL | | | | $24,601.61 |
| UNITED RENTALS PO BOX 051122 LOS ANGELES, CA 90074-1122 | | EQUIPMENT RENTAL | | | | $35,991.61 |

Debtor name   **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................  $     **494,363.75**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................  $     **494,363.75**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $     **629,071.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $     **55,085.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$     **426,015.71**

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b        $     **1,110,171.71**

**Fill in this information to identify the case:**

Debtor name    **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **JPMORGAN CHASE BANK** | **CHECKING** | 1568 | $70.00 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                                                  $70.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**       **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**       **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

| 11a. 90 days old or less: | 8,468.75 | - | 0.00 | = .... | $8,468.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | $8,468.75 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** PRINTER, LAPTOP, FILE CABINET | $0.00 | **DEBTOR'S OPINION** | $325.00 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $325.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2017 FREIGHTLINER 4000 GALLON WATER TRUCK WITH 350,092 MILES VIN: 3ALHCYCY8HDHY0687** | **Unknown** | **DEBTOR'S OPINION** | **$100,000.00** |
| 47.2. **2013 PETERBUILT 365 DUMP TRUCK WITH 178,237 MILES VIN: 1NPSL7OXODD210823** | **Unknown** | **DEBTOR'S OPINION** | **$160,000.00** |
| 47.3. **2009 STERLING LT9500 WATER TRUCK WITH 78,540 MILES VIN: 2FZHAZDE99AAL7467** | **Unknown** | **DEBTOR'S OPINION** | **$60,000.00** |
| 47.4. **2016 FREIGHTLINER M-2 4000 GALLON WATER TRUCK WITH 305,475 MILES VIN: 3ALHCYCY2GDHP6276** | **Unknown** | **DEBTOR'S OPINION** | **$89,000.00** |
| 47.5. **2003 INTERNATIONAL 7600 WATER TRUCK WITH 164,893 MILES VIN: 1HTWYATT43J081214** | **Unknown** | **DEBTOR'S OPINION** | **$50,000.00** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) 2020 DOOSAN TOWABLE GENERATOR AFIXED TO ITS TRAILER VIN: 4FVGCBAA6LU497502** | **Unknown** | **DEBTOR'S OPINION** | **$25,000.00** |
| **MISCELLANOUS LIGHT FIXTURES, HOSES AND CLAMPS** | **Unknown** | **DEBTOR'S OPINION** | **$1,500.00** |

**51.**   **Total of Part 8.**                                                              **$485,500.00**
        Add lines 47 through 50.  Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

 ■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **WESTERN SKY HOTSHOTS, LLC**        Case number *(If known)* _____
          <span style="font-size:small">Name</span>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $70.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,468.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $325.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $485,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $494,363.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $494,363.75 |

Debtor name     **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1**

**GLOBAL FINANCIAL & LEASING SERVICES**
Creditor's Name

**9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/2024**

**Last 4 digits of account number**
**7648**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 FREIGHTLINER 4000 GALLON WATER TRUCK WITH 350,092 MILES VIN: 3ALHCYCY8HDHY0687**

**Describe the lien**
**DISGUISED PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $132,795.00 | $100,000.00 |

---

**2.2**

**GLOBAL FINANCIAL & LEASING SERVICES**
Creditor's Name

**9375 EAST SHEA SUITE 114 SCOTTSDALE, AZ 85260**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2/2024**

**Last 4 digits of account number**
**7209**

**Describe debtor's property that is subject to a lien**
**2013 PETERBUILT 365 DUMP TRUCK WITH 178,237 MILES VIN: 1NPSL7OXODD210823**

**Describe the lien**
**DISGUISED PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| $217,696.00 | $160,000.00 |

---

Case 0:25-bk-06714-DPC    Doc 1    Filed 07/23/25    Entered 07/23/25 13:56:38    Desc
Main Document        Page 15 of 40

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **GLOBAL FINANCIAL & LEASING SERVICES** | Describe debtor's property that is subject to a lien | $63,889.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**9375 EAST SHEA
SUITE 114
SCOTTSDALE, AZ 85260**

Creditor's mailing address

**2009 STERLING LT9500 WATER TRUCK WITH 78,540 MILES
VIN: 2FZHAZDE99AAL7467**

Describe the lien
**DISGUISED PMSI**

Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
11/2022**
**Last 4 digits of account number
8768**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **GLOBAL FINANCIAL & LEASING SERVICES** | Describe debtor's property that is subject to a lien | $90,110.00 | $89,000.00 |
|---|---|---|---|---|

Creditor's Name

**9375 EAST SHEA
SUITE 114
SCOTTSDALE, AZ 85260**

Creditor's mailing address

**2016 FREIGHTLINER M-2 4000 GALLON WATER TRUCK WITH 305,475 MILES
VIN: 3ALHCYCY2GDHP6276**

Describe the lien
**DISGUISED PMSI**

Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
11/2022**
**Last 4 digits of account number
8769**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **GLOBAL FINANCIAL & LEASING SERVICES** | Describe debtor's property that is subject to a lien | $84,108.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**9375 EAST SHEA
SUITE 114
SCOTTSDALE, AZ 85260**

**2003 INTERNATIONAL 7600 WATER TRUCK WITH 164,893 MILES
VIN: 1HTWYATT43J081214**

---

_____        **Describe the lien**
Creditor's mailing address             **DISGUISED PMSI**
                                       _____
                                       **Is the creditor an insider or related party?**

_____        ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**

**Date debt was incurred**             ☐ No
**MAY 2025**                           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8766**
**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
   including this creditor and its      ☐ Disputed
   relative priority.

---

| 2.6 | **GLOBAL FINANCIAL & LEASING SERVICES** | | $40,473.00 | $25,000.00 |

**GLOBAL FINANCIAL & LEASING SERVICES**
Creditor's Name

**9375 EAST SHEA**                     **Describe debtor's property that is subject to a lien**
**SUITE 114**                          **2020 DOOSAN TOWABLE GENERATOR**
**SCOTTSDALE, AZ 85260**               **AFIXED TO ITS TRAILER**
_____        **VIN: 4FVGCBAA6LU497502**
Creditor's mailing address             _____

                                       **Describe the lien**
_____        **DISGUISED PMSI**
Creditor's email address, if known     _____
                                       **Is the creditor an insider or related party?**

                                       ■ No
                                       ☐ Yes
                                       **Is anyone else liable on this claim?**

**Date debt was incurred**             ☐ No
**OCTOBER 2024**                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8764**
**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
   including this creditor and its      ☐ Disputed
   relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $629,071.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |

Debtor name   **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.00 | $770.00 |
|---|---|---|---|
| **ARIZONA DEPARTMENT OF ECONOMIC SECURITY**<br>**PO BOX 6028**<br>**MAIL DROP 5881**<br>**PHOENIX, AZ 85005-6028** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**UNEMPLOYMENT TAX** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 | $4,000.00 |
|---|---|---|---|
| **ARIZONA DEPARTMENT OF REVENUE**<br>**OFFICE OF THE AZ ATTORNEY GENERAL**<br>**2005 NORTH CENTRAL AVENUE #100**<br>**PHOENIX, AZ 85004-1546** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**2024-2025** | Basis for the claim:<br>**TPT** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 0:25-bk-06714-DPC   Doc 1   Filed 07/23/25   Entered 07/23/25 13:56:38   Desc
25995
Main Document   Page 18 of 40

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 | $50,000.00 |
|---|---|---|---|---|

2.3 Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

Date or dates debt was incurred
**2023-2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:    $50,000.00    $50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**940/941**

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

Date or dates debt was incurred
**2022**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:    $315.00    $315.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**HIGHWAY USE TAX**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                        **Amount of claim**

3.1 Nonpriority creditor's name and mailing address
**ADAN REPAIR
4350 NORTH ARIZONA STREET
KINGMAN, AZ 86409**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*    $5,049.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIR SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address
**AMERICAN EXPRESS
PO BOX 57062
ATLANTA, GA 30357**

Date(s) debt was incurred  **REVOLVING**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LINE OF CREDIT**

Is the claim subject to offset? ■ No ☐ Yes

---

3.3 Nonpriority creditor's name and mailing address
**AMERICAN EXPRESS/AMAZON BUSINESS
PO BOX 60189
CITY OF INDUSTRY, CA 91716-0189**

Date(s) debt was incurred  **REVOLVING**

Last 4 digits of account number  **3002**

As of the petition filing date, the claim is: *Check all that apply.*    $2,948.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,582.00 |
|---|---|---|---|

**BIBERK NET**
**PO BOX 113247**
**STAMFORD, CT 06911**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **7755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSURANCE PREMIUM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,183.08 |
|---|---|---|---|

**H&E EQUIPMENT SERVICES**
**7500 PECUE LANE**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **8646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,983.00 |
|---|---|---|---|

**JAMES AND LONNIE GREEN**
**10245 EAST LAN DRIVE**
**KINGMAN, AZ 86401**

Date(s) debt was incurred  **2023-2025**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSIDER LOANS (ESTIMATED AMOUNT)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,176.92 |
|---|---|---|---|

**LOFFS LLC**
**14519 WEST VENTURA STREET**
**SURPRISE, AZ 85379**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIR SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,000.00 |
|---|---|---|---|

**MADCO RENTALS**
**704 WEST HAPPY VALLEY ROAD**
**PHOENIX, AZ 85085**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **JUDGMENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,696.58 |
|---|---|---|---|

**PROGRESSIVE INSURANCE / UNITED**
**FINANCIAL**
**PO BOX 94739**
**CLEVELAND, OH 44101**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **5285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSURANCE PREMIUM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,763.89 |
|---|---|---|---|

**ROC TEXMO OIL LLC / REBEL OIL**
**PO BOX 103342**
**PASADENA, CA 91189-3342**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **9227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FUEL SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 0:25-bk-06714-DPC   Doc 1   Filed 07/23/25   Entered 07/23/25 13:56:38   Desc
Main Document      Page 20 of 40

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,589.76 |
|---|---|---|---|

**SUNBELT RENTALS**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **7674**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,601.61 |
|---|---|---|---|

**SUNSTATE EQUIPMENT COMPANY**
**5552 EAST WASHINGTON STREET**
**PHOENIX, AZ 85034**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **5708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,991.61 |
|---|---|---|---|

**UNITED RENTALS**
**PO BOX 051122**
**LOS ANGELES, CA 90074-1122**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  **4328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AMERICAN EXPRESS**<br>**C/O BECKET & LEE LLP**<br>**PO BOX 3001**<br>**MALVERN, PA 19355-0701** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ARIZONA DEPARTMENT OF ECONOMIC SECURITY**<br>**UNEMPLOYMENT TAXATION DIVISION**<br>**1789 WEST JEFFERSON STREET**<br>**PHOENIX, AZ 85007** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CHRISTIAN LESTINSKY ESQ**<br>**LANG THAL KING & HANSON**<br>**6730 NORTH SCOTTSDALE ROAD #101**<br>**SCOTTSDALE, AZ 85253** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CREDIT COLLECTION SERVICES**<br>**725 CANTON STREET**<br>**NORWOOD, MA 02062** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **JENNINGS HAUG ET AL**<br>**2800 NORTH CENTRAL AVENUE**<br>**SUITE 1800**<br>**PHOENIX, AZ 85004** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **MARK KIRKORSKY ESQ**<br>**1119 WEST SOUTHERN AVENUE**<br>**SUITE 200**<br>**MESA, AZ 85210** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **WESTERN SKY HOTSHOTS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **MARK KIRKORSKY ESQ**<br>**1119 WEST SOUTHERN AVENUE**<br>**SUITE 200**<br>**MESA, AZ 85210** | Line  3.13<br><br>☐  Not listed. Explain ____ | _ |

<span style="background:black;color:white">**Part 4:**</span>  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 55,085.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 426,015.71 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 481,100.71 |

**Fill in this information to identify the case:**

Debtor name    **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **DUMP TRUCK SERVICES** | |
| State the term remaining    **OPEN-ENDED** | **FISHER SAND & GRAVEL CO** |
| List the contract number of any government contract | **1302 WEST DRIVERS WAY** |
| | **TEMPE, AZ 85284** |

Debtor name    **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **JAMES AND LONNIE GREEN** | | **MADCO RENTALS** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.2 | **JAMES GREEN** | | **SUNBELT RENTALS** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.3 | **JAMES GREEN** | | **UNITED RENTALS** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.4 | **JAMES GREEN** | | **ROC TEXMO OIL LLC / REBEL OIL** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.5 | **JAMES GREEN III** | | **ADAN REPAIR** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

| Debtor | **WESTERN SKY HOTSHOTS, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | JAMES W. GREEN and JAMES W. GREEN III | 10245 EAST LAN DRIVE KINGMAN, AZ 86401 | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | JAMES W. GREEN and JAMES W. GREEN III | | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.8 | JAMES W. GREEN and JAMES W. GREEN III | | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.9 | JAMES W. GREEN and JAMES W. GREEN III | | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.10 | JAMES W. GREEN and JAMES W. GREEN III | | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.11 | JAMES W. GREEN and JAMES W. GREEN III | | GLOBAL FINANCIAL & LEASING SERVICES | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.12 | Lonnie Green | | H&E EQUIPMENT SERVICES | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |

Fill in this information to identify the case:

Debtor name    **WESTERN SKY HOTSHOTS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$74,629.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,366,381.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$395,717.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **LONNIE GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**55% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$19,800.00** | **LOAN REPAYMENT - PAID DIRECTLY TO UNDERLYING CREDITOR** |
| 4.2. | **JAMES W. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**25% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$7,108.32** | **LOAN REPAYMENT - PAID DIRECTLY TO UNDERLYING CREDITOR** |
| 4.3. | **JAMES W GREEN III**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**20% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$7,260.00** | **LOAN REPAYMENT** |
| 4.4. | **LONNIE GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**55% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$7,627.71** | **WAGES** |
| 4.5. | **JAMES W. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**25% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$775.00** | **WAGES** |
| 4.6. | **JAMES W GREEN III**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401**<br>**20% MEMBER** | **OVER THE**<br>**PAST 12**<br>**MONTHS** | **$24,000.00** | **WAGES** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MADCO LOGISTICS v. WESTERN SKY HOTSHOTS ET AL<br>CV2025-014312 | BREACH OF CONTRACT | SUPERIOR COURT MARICOPA COUNTY | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | H&E EQUIPMENT SERVICES, INC. v. WESTERN SKY HOTSHOTS, LLC ET AL<br>CV2025-01386 | BREACH OF CONTRACT | SUPERIOR COURT MOHAVE COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Case 0:25-bk-06714-DPC     Doc 1     Filed 07/23/25     Entered 07/23/25 13:56:38     Desc
Main Document     Page 28 of 40

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **$3,200.00 PAID BY JAMES AND KRISTIN RANSDELL ON 6/16/25 $500.00 PAID BY THE DEBTOR ON 6/16/25 $1,500.00 PAID BY LONNIE GREEN ON 7/23/25 $1,538.00 PAID BY DEBTOR ON 7/23/25 (RETAINER AND FILING FEE)** | | |
| | **ALLAN D NEWDELMAN PC 80 EAST COLUMBUS AVENUE PHOENIX, AZ 85012** | **3,038.00 PAID BY THE DEBTOR JULY, 2025** **TOTAL PAID, INCLUDING FILING FEE $6,738.00** | **SEE ABOVE** | **$6,738.00** |
| | Email or website address **anewdelman@adnlaw.net** | | | |
| | Who made the payment, if not debtor? **SEE ABOVE** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<br>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<br>

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<br>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

<br>

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **LONNIE GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **ALL** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **LONNIE GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **GLOBAL FINANCIAL & LEASING SERVICES**<br>**9375 EAST SHEA**<br>**SUITE 114**<br>**SCOTTSDALE, AZ 85260** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LONNIE S. GREEN** | **10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **MANAGING MEMBER** | **55%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JAMES W. GREEN** | **10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **MEMBER** | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JAMES W. GREEN III** | **10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **MEMBER** | **20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **LONNIE S. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$19,800.00** | **OVER THE PAST 12 MONTHS** | **LOAN REPAYMENT - PAID DIRECTLY TO UNDERLYING CREDITOR** |
| | Relationship to debtor<br>**55% MEMBER** | | | |
| 30.2. | **JAMES W. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$7,108.32** | **OVER THE PAST 12 MONTHS** | **LOAN REPAYMENT - PAID DIRECTLY TO UNDERLYING CREDITOR** |
| | Relationship to debtor<br>**25% MEMBER** | | | |
| 30.3. | **JAMES W. GREEN III**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$7,260.00** | **OVER THE PAST 12 MONTHS** | **LOAN REPAYMENT** |
| | Relationship to debtor<br>**20% MEMBER** | | | |
| 30.4. | **LONNIE GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$7,627.71** | **OVER THE PAST 12 MONTHS** | **WAGES** |
| | Relationship to debtor<br>**55% MEMBER** | | | |
| 30.5. | **JAMES W GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$775.00** | **OVER THE PAST 12 MONTHS** | **WAGES** |
| | Relationship to debtor<br>**25% MEMBER** | | | |
| 30.6. | **JAMES W. GREEN III**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | **$24,000.00** | **OVER THE PAST 12 MONTHS** | **WAGES** |
| | Relationship to debtor<br>**20% MEMBER** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2025**  _____

**/s/ LONNIE S. GREEN** _____          **LONNIE S. GREEN** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **MANAGING MEMBER** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Arizona

In re   **WESTERN SKY HOTSHOTS, LLC**        Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JAMES W. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | | | **25% MEMBER** |
| **JAMES W. GREEN III**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | | | **20%MEMBER** |
| **LONNIE S. GREEN**<br>**10245 EAST LAN DRIVE**<br>**KINGMAN, AZ 86401** | | | **55% MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 23, 2025** _____      Signature   **/s/ LONNIE S. GREEN**

                                                     **LONNIE S. GREEN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re __WESTERN SKY HOTSHOTS, LLC__

Debtor(s)

Case No. _____

Chapter __11__

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the MANAGING MEMBER of the corporation named as the debtor in this case, do hereby certify, under penalty of

perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: __July 23, 2025__

__/s/ LONNIE S. GREEN__
__LONNIE S. GREEN/MANAGING MEMBER__
Signer/Title

Date: __July 23, 2025__

__/s/ Allan D. NewDelman__
Signature of Attorney
__Allan D. NewDelman 004066__
__ALLAN D. NEWDELMAN, P.C.__
__80 EAST COLUMBUS AVENUE__
__PHOENIX, AZ 85012__
__602-264-4550  Fax: 602-277-0144__

MML_Requirements_8-2018

MML-3

WESTERN SKY HOTSHOTS, LLC -

ADAN REPAIR
4350 NORTH ARIZONA STREET
KINGMAN AZ 86409

AMERICAN EXPRESS
PO BOX 57062
ATLANTA GA 30357

AMERICAN EXPRESS
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS/AMAZON BUSINESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 6028
MAIL DROP 5881
PHOENIX AZ 85005-6028

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
UNEMPLOYMENT TAXATION DIVISION
1789 WEST JEFFERSON STREET
PHOENIX AZ 85007

ARIZONA DEPARTMENT OF REVENUE
OFFICE OF THE AZ ATTORNEY GENERAL
2005 NORTH CENTRAL AVENUE #100
PHOENIX AZ 85004-1546

BIBERK NET
PO BOX 113247
STAMFORD CT 06911

CHRISTIAN LESTINSKY ESQ
LANG THAL KING & HANSON
6730 NORTH SCOTTSDALE ROAD #101
SCOTTSDALE AZ 85253

CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD MA 02062

WESTERN SKY HOTSHOTS, LLC -


GLOBAL FINANCIAL & LEASING SERVICES
9375 EAST SHEA
SUITE 114
SCOTTSDALE AZ 85260


H&E EQUIPMENT SERVICES
7500 PECUE LANE
BATON ROUGE LA 70809


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMES AND LONNIE GREEN
10245 EAST LAN DRIVE
KINGMAN AZ 86401


JENNINGS HAUG ET AL
2800 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX AZ 85004


LOFFS LLC
14519 WEST VENTURA STREET
SURPRISE AZ 85379


MADCO RENTALS
704 WEST HAPPY VALLEY ROAD
PHOENIX AZ 85085


MARK KIRKORSKY ESQ
1119 WEST SOUTHERN AVENUE
SUITE 200
MESA AZ 85210


PROGRESSIVE INSURANCE / UNITED FINANCIAL
PO BOX 94739
CLEVELAND OH 44101


ROC TEXMO OIL LLC / REBEL OIL
PO BOX 103342
PASADENA CA 91189-3342

WESTERN SKY HOTSHOTS, LLC -


SUNBELT RENTALS
PO BOX 409211
ATLANTA GA 30384-9211


SUNSTATE EQUIPMENT COMPANY
5552 EAST WASHINGTON STREET
PHOENIX AZ 85034


UNITED RENTALS
PO BOX 051122
LOS ANGELES CA 90074-1122

# United States Bankruptcy Court
## District of Arizona

In re   **WESTERN SKY HOTSHOTS, LLC**       Case No. _____
                        Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WESTERN SKY HOTSHOTS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____      **/s/ Allan D. NewDelman**
July 23, 2025                             **Allan D. NewDelman 004066**
Date                                     Signature of Attorney or Litigant
                                     Counsel for   **WESTERN SKY HOTSHOTS, LLC**
                                     **ALLAN D. NEWDELMAN, P.C.**
                                     **80 EAST COLUMBUS AVENUE**
                                     **PHOENIX, AZ 85012**
                                     **602-264-4550 Fax:602-277-0144**
                                     **anewdelman@adnlaw.net**